IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br><br>Plaintiff,<br>v.<br><br>MANFELD HOTEL ENTERPRISES<br>LIMITED PARTNERSHIP, a Massachusetts<br>Limited Partnership,<br><br>Defendant. | C.A. No. 04cv11835JLT |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Laurence L. Donoghue, Esq., of the law firm of Morgan, Brown & Joy, LLP hereby serves his notice of appearance on behalf of Defendant, Manfeld Hotel Enterprises Limited Partnership, a Massachusetts Limited Partnership, and hereby request that copies of all papers, pleadings, discovery, and orders in this action be served upon the undersigned.

Respectfully submitted,

MANFELD HOTEL ENTERPRISES LIMITED PARTNERSHIP,

By their Attorneys,

Jaclyn L. Kugell, Esq.
Mass. BBO# 561622
Laurence Donoghue, Esq.
Mass BBO# 130140
Morgan, Brown & Joy, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

Dated: October 6, 2004

## CERTIFICATE OF SERVICE

I, Jaclyn L. Kugell, Esq., hereby certify that on October 6, 2004, I served a copy of the foregoing pleading by first class mail, postage prepaid, upon O. Oliver Wragg, Esq., FULLER, FULLER, & ASSOCIATES, PA, 1200 Biscayne Blvd., Suite 609, North Miami, FL 33183.

Jaclyn L. Kugell