IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, individually,

      Plaintiff,

v.

MANFELD HOTEL ENTERPRISES LIMITED
PARTNERSHIP, a Massachusetts limited partnership,

      Defendant.
_____/

CIVIL ACTION NO.: 04-cv-11835-JLT-MBB

## PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____
George Iverson

_____
Oliver Wragg, Esq. (BBO #643152)
Of Counsel
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 689-0800

OOW:jl (jyl@fullerfuller.com)
*3584* Joint Scheduling Statement (jl 10-28-04).wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this __11-23-04__ to:

Jaclyn Kugell, Esq.
Laurence Donoghue, Esq.
Morgan, Brown & Joy, LLC
One Boston Place
Boston, MA 02108
Tel.: (617)523-6666; Fax: (617)367-3125

          The Plaintiff by his Attorney:
          **FULLER, FULLER & ASSOCIATES, P.A.**
          12000 Biscayne Blvd., Suite 609
          North Miami FL 33181
          Tel.: (305)891-5199; Fax: (305)893-9505
          FFA@fullerfuller.com
          By: _____
          Oliver Wragg, Esq. (BBO #643152)
          Of Counsel
          Counsel for Plaintiff

OOW:jl (jyl@fullerfuller.com)
*3584* Joint Scheduling Statement (jl 10-28-04).wpd