IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
**GEORGE IVERSON, Individually,**       )
)
       **Plaintiff,**       )
  v.       )   C.A. No. 04cv11835JLT
)
**MANFELD HOTEL ENTERPRISES**       )
**LIMITED PARTNERSHIP, a Massachusetts**       )
**Limited Partnership,**       )
)
       **Defendant.**       )
_____)

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that as of December 24, 2004, the address for the attorneys of record for the defendant in the above-entitled action will be:

Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
Tel: (617) 523-6666
Fax: (617) 367-3125

    Respectfully submitted,

    MANFELD HOTEL ENTERPRISES LIMITED
    PARTNERSHIP,

    By their Attorneys,

    /s/ Laurence J. Donoghue
    _____
    Laurence Donoghue, Esq.
    Mass BBO# 130140
    Jaclyn L. Kugell, Esq.
    Mass. BBO# 561622
    Morgan, Brown & Joy, LLP
    One Boston Place
    Boston, MA 02108
    (617) 523-6666

Dated: December 23, 2004

## **CERTIFICATE OF SERVICE**

      I, Laurence J. Donoghue, Esq., hereby certify that on December 23, 2004, I served a copy of the foregoing pleading by first class mail, postage prepaid, upon O. Oliver Wragg, Esq., FULLER, FULLER, & ASSOCIATES, PA, 12000 Biscayne Blvd., Suite 609, North Miami, FL 33183.

                                                                   _____
                                                                   Laurence J. Donoghue