IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, | . |
| Plaintiff, | . |
| v. | . CIVIL ACTION NO.<br>. 1:04-CV-11835-JLT-MBB |
| MANFELD HOTEL ENTERPRISES<br>LIMITED PARTNERSHIP, a<br>Massachusetts Limited Partnership, | . |
| Defendant. | . |

## MOTION OF THE PLAINTIFF TO PERMIT COUNSEL
## TO APPEAR PRO HAC VICE

In accordance with 83.5.3(b) of the Local Rules of the United States District Court District of Massachusetts that governs the admission and practice of attorneys in said District Court, the undersigned respectfully moves for the admission of **John P. Fuller, Esquire**, 12000 Biscayne Blvd., Suite 609, North Miami, Florida 33181, (305) 891-5199, for purposes of appearing as counsel on behalf of Plaintiff, George Iverson, in the above-styled case.

John P. Fuller certified herewith that he has studied the Local Rules of this Court and is a member in good standing of the Florida Bar; and is admitted to the United States District Court for the Southern, Middle and Northern Districts of Florida, as well as the United States Court of Appeals for the Fifth and Eleventh Circuits. Mr. Fuller's Florida Bar Number is 0276847. There are no disciplinary proceedings against Mr. Fuller in any jurisdiction. Certificates of good standing from the Florida Bar and the U.S. District Court for the Southern District of Florida are attached hereto as Exhibit

A. Mr. Fuller is a partner with the law firm of Fuller, Fuller & Associates, P.A. and has been a member of the Florida Bar for over twenty (20) years. An Affidavit of John P. Fuller in Support of this Motion to Admit Counsel Pro Hac Vice is attached hereto as Exhibit B.

In further support of this motion, it is hereby designated that O. Oliver Wragg is a member of the Bar of this Court. He is also a person to whom the Court and Counsel may readily communicate and upon whom papers may be served.

Mr. Fuller is familiar with the Local Rules of the United States District Court for the District of Massachusetts and his application for leave to practice in this court is on motion of a member of the bar of this court, who has already appeared as counsel for the Plaintiff, George Iverson. Additionally, Mr. Fuller has also submitted the required $50.00 filing fee to the Clerk of the U.S. District Court.

WHEREFORE, the plaintiffs request that this Court grant John P. Fuller permission to appear before this Court pro hac vice.

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for defendant has assented to the foregoing motion.

Respectfully submitted,

_____
O. Oliver Wragg, Esquire, *of Counsel* (BBO# 643152)
FULLER, FULLER AND ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, Florida 33181
Tel.: (305) 891-5199
Fax: (305) 893-9505

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via U.S. Mail on this _9th_ day of March, 2005 to: Jaclyn L. Kugell, Esq. and Laurence J. Donoghue, Esq., Morgan, Brown & Joy, LLP, 200 State Street, 11th Floor, Boston, MA 02109-2605.

_____
O. Oliver Wragg, Esquire