

# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida      )

County of Leon       )

                        In Re:   276847
                                 John Paul Fuller
                                 Fuller Fuller & Associates, PA
                                 12000 Biscayne Blvd., Ste. 609
                                 North Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on July 3, 1979.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this  9th  day of December, 2004.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lpth7:R10

EXHIBIT
A

AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA



### CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

} Florida Bar # **276847**

I, **CLARENCE MADDOX**,   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that   *John Paul Fuller*,   was duly admitted to practice in said Court on **October 24, 1979**, and on **December 8, 1982** - Trial Bar, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this February 17, 2005.

**CLARENCE MADDOX**
Court Administrator • Clerk of Court

By _____
Deputy Clerk

.sk.5/2002