UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

               Plaintiff,

v.

MANFELD HOTEL ENTERPRISES
LIMITED PARTNERSHIP, a
Massachusetts Limited Partnership,

               Defendant.

CIVIL ACTION NO.
1:04-cv-11835-JLT-MBB

## AFFIDAVIT OF JOHN P. FULLER

COMES NOW John P. Fuller and under oath does depose and say as follows:

1. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

4. I am currently actively associated with O. Oliver Wragg, Esq. who is a member of the bar of this Court.

I hereby swear upon penalty of perjury that the foregoing Declaration is true to the



EXHIBIT B

best of my knowledge.

Date: 3-7-05 _____          _____
                                      John P. Fuller, Esquire

STATE OF FLORIDA
COUNTY OF MIAMI-DADE _____

Sworn to (or affirmed) and subscribed before me this __7__ day of March, 2005, by John P. Fuller.

_____ (signature)
_____ (print name)
Notary Public

> Notary Public State of Florida
> Lawrence A Fuller
> My Commission DD387010
> Expires 01/18/2009

Personally Known ___✓___ OR Produced Identification _____
Type of Identification Produced _____