


# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida    )

County of Leon    )

        In Re:    719668
                     Tracie Lynn Dickerson
                     Fuller Fuller & Associates
                     12000 Biscayne Blvd. Ste. 609
                     North Miami, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 19, 2004.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 10 day of December, 2004.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/mlF11:R10

EXHIBIT A

AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. # **719668**

I, **CLARENCE MADDOX,**   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that   *Tracie Lynn Dickerson*, was duly admitted to practice in said Court on **October 18, 2004**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this February 17, 2005

**CLARENCE MADDOX**
Court Administrator • Clerk of Court

By _____
Deputy Clerk

.sk.5/2002