UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

    Plaintiff,

v.

MANFELD HOTEL ENTERPRISES
LIMITED PARTNERSHIP, a
Massachusetts Limited Partnership,

    Defendant.
_____/

CIVIL ACTION NO.
1:04-cv-11835-JLT-MBB

### AFFIDAVIT OF TRACIE L. DICKERSON

COMES NOW Tracie L. Dickerson and under oath does depose and say as follows:

1. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

4. I am currently actively associated with O. Oliver Wragg, Esq. who is a member of the bar of this Court.



I hereby swear upon penalty of perjury that the foregoing Declaration is true to the best of my knowledge.

Date: 3/7/05

Tracie L. Dickerson, Esquire

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to (or affirmed) and subscribed before me this 7 day of March, 2005, by Tracie L. Dickerson.

_____ (signature)
_____ (print name)
Notary Public

MONICA MARTA
MY COMMISSION # DD 253385
EXPIRES: January 26, 2008
Bonded Thru Notary Public Underwriters

Personally Known ✓ OR Produced Identification _____
Type of Identification Produced _____