UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

GEORGE IVERSON, Individually,

        Plaintiff,

v.

MANFELD HOTEL ENTERPRISE LIMITED
PARTNERSHIP, INC., a Massachusetts
Limited Partnership,

        Defendant.

_____

Case No.:  04-CV-11835-JLT

**JOINT SCHEDULING STATEMENT
PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(d), the parties submit the following joint statement in connection with the Scheduling Conference to be held on April 5, 2005:

**1.** **Matters to be Discussed at Conference.**  The parties will appear prepared to discuss the following issues:

    a. A proposed pre-trial schedule for the case that includes the plan for discovery and deadlines;

    b. Anticipated dispositive and pre-trial motions;

    c. Alternative Dispute Resolution; and

    d.  Settlement.

**2.**    **Summary of Parties' Positions:**

    <u>Plaintiff:</u>

This is a claim under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. Section 12181, *et seq.* Plaintiff, an individual with disabilities as defined by the ADA, alleges that the defendant hotel is not in compliance with the ADA in several respects (see par. 15 of Complaint).

    <u>Defendant:</u>

The defendant denies that it has violated plaintiff's rights under the Americans with Disabilities Act. As to the violations alleged by plaintiff, defendants facilities are in full compliance with the ADA or, in the alternative, any required modifications are not within defendant's control and/or are not readily achievable..

**3.**    **Procedural Motions and other Pending Matters.** There are no pending motions currently before the Court.

**4.**    **Joint Discovery Plan.** The parties seek to engage in discovery in as efficient a matter as possible. The parties have identified as a first step in discovery an inspection of defendant's premises by plaintiff's expert. The parties proposed schedule is as follows:

| **Deadline or Event** | **Date** |
| --- | --- |
| Fed. R. Civ. P. 26(a)(1)(C) (D) disclosures: | February 28, 2005 |
| Fed. R. Civ. P. 26(a)(1)(A)(B) disclosures: | As required through the course of |

|  |  |
|---|---|
|  | discovery |
| Plaintiffs' Expert Reports: | June 30, 2005 |
| Defendant's Expert Reports: | July 30, 2005 |
| Close of Discovery | August 30, 2005 |

The parties have agreed that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(C). The parties have further agreed that all discovery requests must be propounded no later than 33 days prior to the close of discovery. Each party shall reserve its or his right to seek by motion additional discovery, with good cause shown.

**5.    Proposed Motion Schedule:**

| | |
|---|---|
| Motion to Add Parties or Amend Pleadings: | May 25, 2005 |
| Summary Judgment Motions | September 7, 2005 |

**6.    Settlement.**  The parties agree that settlement is possible but do not at this time request a settlement conference before a Magistrate Judge.

**7.    Trial by Magistrate Judge.**  At this time, the parties do not consent to trial by a Magistrate Judge.

**8.    Budget and Alternative Dispute Resolution.**  Counsel for the parties have conferred with their respective clients concerning establishing a budget for litigation and the use of Alternative Dispute Resolution. The parties certifications required pursuant to Local Rule 16.1(D)(3) are attached or will be submitted under separate cover.

**9.** **Modification of Schedule**.  All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion of the Court for good cause shown.

Date:  March 31, 2005

Counsel for Plaintiff:

By:____/s/ O. Oliver Wragg_____
    O. Oliver Wragg, Esq. (BBO #643152)
    Fuller, Fuller & Associates, P.A.
    12000 Biscayne Blvd., Suite 609
    North Miami, FL 33181
    FFA@FullerFuller.com
    Tel.: (305) 891_5199
    Fax: (305) 893_9505

Counsel for Defendant:

By:___/s/ Laurence J. Donoghue____
    Laurence J. Donoghue, Esq.
    Morgan, Brown & Joy, LLP
    200 State Street
    Boston, MA 02109
    Tel.: (617) 523-6666