UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, | . |
| Plaintiff, | . |
| v. | . CIVIL ACTION NO.<br>. 1:04-cv-11835-JLT |
| MANFELD HOTEL ENTERPRISES<br>LIMITED PARTNERSHIP, a Massachusetts<br>Limited Partnership, | . |
| Defendant. | . |

PLAINTIFF'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorneys file this Notice of Appearance for the law firm of Schlossberg & Associates, P.A. to appear as co-counsel on behalf of Plaintiff, George Iverson, in the above-styled cause. The undersigned attorneys requests that this Court, attorneys for the parties or the parties themselves direct future pleadings, motions, notices, correspondence and other documents to the undersigned at the address noted below as of this date forward.

Respectfully submitted,

/s/ Jay M. Rosen, Esq.
Jay M. Rosen, Esquire (BBO #659842)

SCHLOSSBERG & ASSOCIATES, P.A.
35 Braintree Hill, Suite 303
Braintree, MA 02185
Tel.: (781) 848-5028
Fax: (781) 848-5096
Jrosen@sabusiness.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was e-mailed on this ___1___ day of April, 2005 to:

Jaclyn L. Kugell, Esq.     jkgell@morganbrown.com

Laurence J. Donoghue, Esq.   ldonoghue@morganbrown.com

**Co-Counsels for Plaintiff**

Schlossberg & Associates, P.A.
Jay M. Rosen, Esquire
Jrosen@sabusiness.com
George W. Skogstrom, Esquire
Gskogstrom@sabusinesslaw.com
35 Braintree Hill, Suite 303
Braintree, MA 02185
Tel.: (781) 848-5028
Fax: (781) 848-5096

and

Fuller, Fuller and Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel.: (305) 891-5199
Fax: (305) 893-9505
By: _____
   John P. Fuller, Esquire, pro hac vice
   Florida Bar No. 276847
   JPF@fullerfuller.com

By: __/s/ O. Oliver Wragg, Esq.__
   O. Oliver Wragg, Esquire
   BBO #777309
   FFA@Fullerfuller.com