UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON,                     *
                                    *
           Plaintiff,               *
                                    *
                                    *
v.                                  *      Civil Action No. 04-11835-JLT
                                    *
                                    *
MANFELD HOTEL ENTERPRISE            *
LIMITED PARTNERSHIP, INC.,          *
                                    *
           Defendant.               *

ORDER

April 5, 2005

TAURO, J.

    After the Status Conference held on April 5, 2005, this court hereby orders that:

1. As stated in open court, the Parties' Joint Motion to Stay Discovery is ALLOWED, and all discovery is stayed for sixty (60) days;

2. No further discovery will be permitted without leave of this court; and

3. A Further Conference is scheduled for June 14, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                                /s/ Joseph L. Tauro
                                                United States District Judge