UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORGE IVERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11835-JLT |
| | * | |
| | * | |
| MANFELD HOTEL ENTERPRISE | * | |
| LIMITED PARTNERSHIP, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

June 14, 2005

TAURO, J.

After the Further Conference held on June 14, 2005, this court hereby orders that:

1. Discovery is stayed for thirty (30) days;

2. No further discovery will be permitted without leave of this court; and

3. A Further Conference is scheduled for July 21, 2005 at 11:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge