UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON,                              *
                                             *
            Plaintiff,                       *
                                             *
v.                                           *   Civil Action No. 04-11835-JLT
                                             *
MANFIELD HOTEL ENTERPRISES                   *
LIMITED PARTNERSHIP,                         *
                                             *
            Defendant.                       *

ORDER

September 12, 2005

TAURO, J.

   After the conference on September 8, 2005, this court hereby orders that:

   1.   All Discovery will be completed by November 30, 2005.

   2.   Trial will begin January 23, 2006, with Iverson v. Copley Plaza (04-12076) going

        first followed by Iverson v. Manfield Hotel (04-11835).

   3.   No further continuances will be granted.

   IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                                 United States District Judge