IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, individually,<br><br>   Plaintiff,<br>v.<br><br>MANFELD HOTEL ENTERPRISES<br>LIMITED PARTNERSHIP, a<br>Massachusetts limited partnership,<br><br>   Defendant. | Civil Action #: 04-cv-11835-JLT-MBB |

**PLAINTIFFS' NOTICE OF SERVICE OF REQUESTS FOR PRODUCTION
DATED: October 11, 2005**

Plaintiffs, by and through their undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure, request that Defendant produce, within the time allowed by said Rules, at the offices of the undersigned, the following documents:

a. Financial Statements (annual statements only) of the Defendant for the years 1992 through the present.

b. All blueprints, site plans, and other architectural renderings for the property in the possession, custody or control of the Defendant, showing the number and location of any stores, rooms, entrances, pathways, bathrooms, disabled hotel rooms and parking spaces as applicable to the property.

c. Any and all reports, memoranda, documentation, or other writings from

        1990 to the present concerning compliance with the Americans With Disabilities Act.

d.    A copy of any Corporate Income Tax Returns or Partnership Tax Returns or Individual Tax Return for the last three (3) years for the Defendant.

e.    Any and all documentation evidencing any design or construction of facilities by or on behalf of the Defendant for first occupancy later than thirty (30) months after July 26, 1990, including but not limited to plans, designs, blueprints, contracts for construction, and like documentation.

f.    Any and all documentation evidencing alterations, modifications, remodeling or renovation to the building or facility by or on behalf of the Defendant or any predecessor any time after January 26, 1992 including but not limited to plans, designs, blueprints, contracts for construction and like documentation.

g.    A copy of the Deed evidencing title to the property referenced in the Complaint or any Agreement evidencing legal title for use, including any Lease Agreements.

h.    All applications for building permits pulled by or on behalf of the Defendant in this action for the property referenced in the Complaint.

i.    Articles of Incorporation for the Defendant and/or a copy of any Partnership Agreement evidencing any limited or general partnership status.

j.    Any and all documents evidencing the number of employees of the Defendant for the years 1992 through the present, including but not

       limited to, unemployment compensation tax returns, employee ledgers, and other documentation. (You may list the number of employees for each year in lieu of these records.)

k.    Any and all documentation evidencing elevator licenses, permits, maintenance agreements, and other documentation evidencing the installation, repair, or maintenance of elevators (if any) in the Defendant's facilities as referenced in the Complaint.

l.    Any and all documentation which the Defendant contends evidences that they are a private club or establishment or a religious organization or entity exempted from the coverage under Title II of the Civil Rights Act of 1964.

m.    That the Defendant permit Plaintiff to enter the Defendant's premises for the purpose of inspecting and measuring, surveying, photographing, and testing the Defendant's property for purposes of documenting the Defendant's compliance or lack thereof with Title III of the American's With Disabilities Act.

n.    Any and all documentation on lease or tenant occupancy agreements between Defendant and all persons or entities presently renting, leasing or otherwise operating at the subject property.

o.    Any and all documentation in the possession or control of the Defendant evidencing auxiliary aids and services for the Defendant's premises referred to in the Complaint including receipts to purchase same.

p.    Any and all documentation in the possession or control of the Defendant

      evidencing written policies or procedures for the Defendant's premises referred to in the Complaint that are in effect, to afford all offered goods, services, facilities, privileges, advantages or accommodations to individuals with disabilities.

q.    Any applications or proposal for financing within the last five (5) years provided to any third party financing source(s) for the subject property.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-mailed on this October 11, 2005 to:

Laurence J. Donoghue, Esq.
Morgan Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605

                         Jay M. Rosen, Esquire
                         Schlossberg & Associates, P.A.
                         Jrosen@sabusiness.com
                         George W. Skogstrom, Esquire
                         Gskogstrom@sabusinesslaw.com
                         35 Braintree Hill, Suite 303
                         Braintree, MA 02185
                         Tel.: (781) 848-5028
                         Fax: (781) 848-5096

And

                         John P. Fuller, Esq.
                         Fuller, Fuller & Associates, P.A.
                         12000 Biscayne Blvd., Suite 609
                         North Miami, FL 33181
                         FFA@FullerFuller.com
                         Tel.: (305) 891-5199
                         Fax: (305) 893-9505

                         By:_____COPY_____
                         John P. Fuller, Esq.

3584 M-Compel-EX-B (jl 11-21-05).wpd            EXHIBIT B