IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, | . |
| Plaintiff, | . |
| v. | . CIVIL ACTION NO.<br>. 1:04-CV-11835-JLT |
| MANFELD HOTEL ENTERPRISES,<br>LIMITED PARTNERSHIP, a<br>Massachusetts Limited Partnership | . |
| Defendant. | . |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the F.R.C.P. 41(a), hereby move to dismiss the above referenced matter with prejudice due to a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties herein request that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

| FOR DEFENDANT MANFELD<br>HOTEL ENTERPRISES, L.P.: | FOR PLAINTIFF GEORGE IVERSON: |
|---|---|
| Laurence Donoghue, Esq.<br>BBO #: 130140<br>200 State Street, 11th Floor<br>Boston, MA 02100-2605<br>Tel: (617) 523-6666<br>Fax: (617) 367-3125 | John P. Fuller, Esq.<br>Admitted Pro Hac Vice<br>1220 Biscayne Blvd., Suite 609<br>North Miami, FL 33181<br>Tel: (305) 891-5199;<br>Fax: (305) 893-9505 |
| Date: 1/25/05<br>By: _____<br>Attorney for Defendant | Date: 1/24/06<br>By: _____<br>Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, | . |
| Plaintiff, | . |
| | . CIVIL ACTION NO. |
| v. | . 1:04-CV-11835-JLT |
| MANFELD HOTEL ENTERPRISES, LIMITED PARTNERSHIP, a Massachusetts Limited Partnership | . |
| Defendant. | . |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

a. The Stipulation for Dismissal With Prejudice field herein by the Plaintiff, and the Defendant, be and the same is hereby approved by the Court;

b. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

c. The Court retains jurisdiction of the above-styled cause to enforce the Settlement Agreement; and

d. To the extent not otherwise disposed of herein, all pending Motion are hereby **DENIED** as moot.

DONE and ORDERED in Chambers in Boston, Massachusetts, this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE